1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA

10  BOARD OF TRUSTEES OF THE                )  Case No. CV11-8424 JAK (OPx)
    CALIFORNIA IRONWORKERS FIELD            )
11  PENSION TRUST; BOARD OF                 )  JUDGMENT
    TRUSTEES OF THE CALIFORNIA              )
12  IRONWORKERS FIELD WELFARE               )
    PLAN; BOARD OF TRUSTEES OF THE          )
13  CALIFORNIA FIELD IRON WORKER            )
    VACATION TRUST FUND; BOARD OF           )
14  TRUSTEES OF THE CALIFORNIA              )
    FIELD IRON WORKERS                      )  Judge: John A. Kronstadt
15  APPRENTICESHIP TRAINING AND             )
    JOURNEYMAN RETRAINING FUND;             )
16  BOARD OF TRUSTEES OF THE                )
    CALIFORNIA AND VICINITY FIELD           )
17  IRON WORKERS ANNUITY FUND;              )  Complaint Filed: October 12, 2011
    BOARD OF TRUSTEES OF THE                )
18  CALIFORNIA FIELD IRON WORKERS           )
    ADMINISTRATIVE TRUST; BOARD             )
19  OF TRUSTEES OF THE CALIFORNIA           )
    FIELD IRONWORKERS LABOR                 )
20  MANAGEMENT COOPERATIVE                  )
    TRUST FUND; BOARD OF TRUSTEES           )
21  OF THE IRONWORKERS WORKERS'             )
    COMPENSATION TRUST; and BOARD           )
22  OF TRUSTEES OF THE IRONWORKER           )
    MANAGEMENT PROGRESSIVE                  )
23  ACTION COOPERATIVE TRUST,               )
                                            )
24               Plaintiffs,                )
                                            )
25        v.                                )
                                            )
26  CWC CONSTRUCTION SYSTEMS,               )
    INC., a California corporation,         )
27                                          )
                 Defendant.                 )
28                                          )

KKF/cl/0925.115(G).wpd

Pursuant to the Application of Plaintiffs for Judgment pursuant to the Stipulation of Judgment and Order thereon and good cause appearing:

IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiffs BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, shall recover from Defendant CWC CONSTRUCTION SYSTEMS, INC. the sum of $56,754.35, which includes $52,716.85, for the balance owed on the Stipulation of Judgment, and $4,037.50 for attorney's fees and costs.

Judgment is entered this 18th day of October, 2012.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

- 2 -