**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, <br><br> Plaintiffs, | CASE NO. CV 11-8424 JAK (OPx) <br><br> **RENEWAL OF JUDGMENT** |

1

[PROPOSED] RENEWAL OF JUDGMENT

|   |   |
|---|---|
| v. | ) |
|   | ) |
| CWC CONSTRUCTION SYSTEMS, INC., | ) ) ) |
|   | ) |
| Defendant. | ) ) |

The Application of Judgment Creditors for Renewal of Judgment, originally entered by this Court on October 18, 2012, has been considered upon GOOD CAUSE APPEARING, it is ordered that:

Judgment Creditors, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, shall have a Renewal of Judgment against Judgment Debtor CWC CONSTRUCTION SYSTEMS, INC.

Renewal of money judgment against MERCURY STEEL & PLACING, INC.:

| | | |
|---|---|---:|
| a. | Total Judgment | $56,754.35 |
| b. | Costs after Judgment | $0.00 |
| c. | Subtotal (a. and b.) | $56,754.35 |
| d. | Credits after Judgment | $10,500.00 |

|   |    |                                                                 |            |
|---|----|-----------------------------------------------------------------|------------|
|   | e. | Subtotal (d. from c.)                                           | $46,254.35 |
|   | f. | Interest after Judgment computed from October 18, 2012 to October 6, 2022 at 0.18% accruing at $.23 per day | $844.57 |
|   | g. | Fee for filing renewal application                              | $0.00      |
|   | h. | Total renewed Judgment (e., f., and g.)                         | $47,098.92 |

This Renewal of Judgment extends the period of enforceability of the Judgment until 10 years from the date of the Application for Renewal was filed.

DATED: 10/17/2022            Clerk, by _____, Deputy